AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Sierra Club <br> *Plaintiff* <br> v. <br> U.S. Environmental Protection Agency <br> *Defendant* | ) <br> ) <br> ) Case No. No.1:23-cv-01744-JDB <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sierra Club

Date:     08/31/2023

*Attorney's signature*

Joshua Douglas Smith OR: 071757; FL: 0096844
*Printed name and bar number*

2101 Webster Street, Oakland, CA 94612

*Address*

joshua.smith@sierraclub.org
*E-mail address*

(415) 977-5560
*Telephone number*

*FAX number*