UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB; NATIONAL PARKS CONSERVATION ASSOCIATION; ENVIRONMENTAL INTEGRITY PROJECT,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, in his official capacity as Administrator U.S. Environmental Protection Agency,<br><br>Defendants. | Case No. 1:23-cv-1744-JDB |

**THE STATE OF NORTH DAKOTA'S
MOTION TO INTERVENE AS DEFENDANT-INTERVENOR**

The State of North Dakota ("North Dakota") submits this motion to intervene as a defendant-intervenor pursuant to Fed. R. Civ. P. 24(a)(2), (b)(1)(b), (b)(2) and LcVR 7(j) of this Court.  North Dakota respectfully requests that the Court grant North Dakota's motion for leave to intervene as a defendant-intervenor as of right pursuant to Fed. R. Civ. P. 24(a)(2), or alternatively for permissive intervention under Fed. R. Civ. P. 24(b)(1)(B) or Fed. R. Civ. P. 24(b)(2).

In accordance with Local Rule 7(m), undersigned counsel for prospective Intervener-Defendant North Dakota has conferred with counsel for Plaintiffs and Counsel for Defendants. Plaintiffs reserve their position and reserve the right to file a response.  Defendants do not oppose North Dakota's motion to intervene but reserve the opportunity to file a response.

In support of the relief requested herein, North Dakota is concurrently submitting the attached memorandum in support of this motion, setting forth the basis for its intervention.

Respectfully submitted this 5th day of December, 2023.

>DREW H. WRIGLEY
>ATTORNEY GENERAL
>STATE OF NORTH DAKOTA
>
>/s/ *Paul M. Seby*
>Paul M. Seby
>Special Assistant Attorney General
>Greenberg Traurig, LLP
>1144 15th St, Suite 3300
>Denver, CO 80202
>Phone: (303) 572-6584
>Email: sebyp@gtlaw.com
>
>Erik P. Wallevand
>Assistant Attorney General
>500 N. 9th Street
>Bismarck, ND 58501-4509
>Phone: (701) 328-4768
>Email: ewallevand@nd.gov
>
>COUNSEL FOR APPLICANT IN
>INTERVENTION STATE OF NORTH
>DAKOTA

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5th day of December, 2023, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ Paul M. Seby*

Case 1:23-cv-01744-JDB   Document 18   Filed 12/05/23   Page 3 of 3