UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB; NATIONAL PARKS CONSERVATION ASSOCIATION; ENVIRONMENTAL INTEGRITY PROJECT,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, in his official capacity as Administrator U.S. Environmental Protection Agency,<br><br>Defendants. | Case No. 1:23-cv-1744-JDB |

**[PROPOSED] ORDER GRANTING THE STATE OF NORTH DAKOTA'S MOTION TO INTERVENE AS DEFENDANT-INTERVENOR**

The Court having considered the State of North Dakota's Motion to Intervene as a defendant-intervenor in this action and finding good cause for North Dakota's intervention as a matter of right pursuant to Fed. R. Civ. P. 24(a)(2):

The Court hereby GRANTS the motion and ORDERS that:

1. North Dakota shall be admitted as a Defendant-Intervenor in this action a matter of right pursuant to Fed. R. Civ. P. 24(a)(2).

IT IS SO ORDERED.

Dated this ___ day of _____ 202__.

_____
James E. Boasberg
U.S. District Court Chief Judge