**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SIERRA CLUB; NATIONAL PARKS CONSERVATION ASSOCIATION; ENVIRONMENTAL INTEGRITY PROJECT, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:23-cv-1744-JDB |
| PACIFICORP | ) ) | |
| Intervenor-Plaintiff | ) ) | |
| vs. | ) ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, in his official capacity as Administrator  U.S. Environmental Protection Agency, | ) ) ) ) ) | |
| Defendants, | | |
| THE STATE OF NORTH DAKOTA | | |
| Intervenor-Defendant | | |

---

**THE STATE OF NORTH DAKOTA'S ANSWER TO PLAINTIFFS' AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF (ECF No. 15)**

---

Intervenor-Defendant the State of North Dakota (the "State" or "North Dakota") respectfully submits this Answer to Plaintiffs' the Sierra Club, National Parks Conservation Association, and Environmental Integrity Project (together, "Plaintiffs") November 10, 2023 Amended Complaint for Declaratory and Injunctive Relief (ECF No. 15, "Amended Complaint") as follows:

**INTRODUCTION**

Plaintiffs' introductory paragraph is Plaintiffs' characterization of the case, to which no

response is required.

**JURISDICTION AND VENUE**

1.      The allegations in Paragraph 1 constitute conclusions of law, to which no response is required.

2.      North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 2.

3.      The allegations in Paragraph 3 constitute conclusions of law, to which no response is required.

**PARTIES**

4.      North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 4.

5.       North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 5.

6.       North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 6.

7.      North Dakota admits that Defendant Michael S. Regan is the Administrator of EPA.  The remaining allegations in Paragraph 7 purport to characterize the Clean Air Act, which is the best evidence of its contents; therefore, no response is required.

8.      North Dakota admits that Defendants United States Environmental Protection Agency is the federal agency charged with implementation of the Clean Air Act.

**BACKGROUND**

9.      The allegations in Paragraph 9 purport to characterize the Clean Air Act's haze program, which speaks for itself and is the best evidence of its contents; therefore, no response is

required.

10.     The allegations in Paragraph 10 purport to characterize the Clean Air Act's haze program, which speaks for itself and is the best evidence of its contents; therefore, no response is required.

11.     The allegations in Paragraph 11 purport to characterize the Clean Air Act's haze program, which speaks for itself and is the best evidence of its contents; therefore, no response is required.

12.     The allegations in Paragraph 12 purport to characterize the Clean Air Act's haze program, which speaks for itself and is the best evidence of its contents; therefore, no response is required.

13.     The allegations in Paragraph 13 purport to characterize the Clean Air Act's haze program, which speaks for itself and is the best evidence of its contents; therefore, no response is required.

## CLAIMS FOR RELIEF

### CLAIM 1: EPA FAILURE TO TAKE ACTION ON KANSAS HAZE PLAN

14.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 14.

15.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 15.

16.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 16.

### CLAIM 2: EPA FAILURE TO ACT ON MASSACHUSETTS HAZE PLAN

17.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 17.

18.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 18.

19.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 19.

### CLAIM 3: EPA FAILURE TO ACT ON NEW YORK HAZE PLAN

20.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 20.

21.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 21.

22.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 22.

### CLAIM 4: EPA FAILURE TO ACT ON OHIO HAZE PLAN

23.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 23.

24.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 24.

25.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 25.

### CLAIM 5: EPA FAILURE TO ACT ON TEXAS HAZE PLAN

26.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 26.

27.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 27.

28.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 28.

## CLAIM 6: EPA FAILURE TO ACT ON WISCONSIN HAZE PLAN

29.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 29.

30.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 30.

31.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 31.

## CLAIM 7: EPA FAILURE TO ACT ON MICHIGAN HAZE PLAN

32.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 32.

33.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 33.

34.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 34.

## CLAIM 8: EPA FAILURE TO ACT ON FLORIDA HAZE PLAN

35.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 35.

36.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 36.

37.      North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 37.

## CLAIM 9: EPA FAILURE TO ACT ON INDIANA HAZE PLAN

38.      North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 38.

39.      North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 39.

40.      North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 40.

## CLAIM 10: EPA FAILURE TO ACT ON ALASKA HAZE PLAN

41.      North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 41.

42.      North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 42.

43.      North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 43.

## CLAIM 11: EPA FAILURE TO ACT ON ARKANSAS HAZE PLAN

44.      North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 44.

45.      North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 45.

46.      North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 46.

## CLAIM 12: EPA FAILURE TO ACT ON ARIZONA HAZE PLAN

47.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 47.

48.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 48.

49.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 49.

## CLAIM 13: EPA FAILURE TO ACT ON CALIFORNIA HAZE PLAN

50.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 50.

51.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 51.

52.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 52.

## CLAIM 14: EPA FAILURE TO ACT ON COLORADO HAZE PLAN

53.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 53.

54.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 54.

55.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 55.

## CLAIM 15: EPA FAILURE TO ACT ON CONNECTICUT HAZE PLAN

56.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 56.

57.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 57.

58.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 58.

## CLAIM 16: EPA FAILURE TO ACT ON DELAWARE HAZE PLAN

59.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 59.

60.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 60.

61.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 61.

## CLAIM 17: EPA FAILURE TO ACT ON GEORGIA HAZE PLAN

62.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 62.

63.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 63.

64.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 64.

## CLAIM 18: EPA FAILURE TO ACT ON HAWAII HAZE PLAN

65.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 65.

66.      North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 66.

67.      North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 67.

### CLAIM 19: EPA FAILURE TO ACT ON IDAHO HAZE PLAN

68.      North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 68.

69.      North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 69.

70.      North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 70.

### CLAIM 20: EPA FAILURE TO ACT ON MARYLAND HAZE PLAN

71.      North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 71.

72.      North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 72.

73.      North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 73.

### CLAIM 21: EPA FAILURE TO ACT ON MONTANA HAZE PLAN

74.      North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 74.

75.      North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 75.

76.       North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 76.

### CLAIM 22: EPA FAILURE TO ACT ON NORTH CAROLINA HAZE PLAN

77.       North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 77.

78.       North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 78.

79.       North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 79.

### CLAIM 23: EPA FAILURE TO ACT ON NORTH DAKOTA HAZE PLAN

80.       North Dakota admits the allegations in Paragraph 80.

81.       North Dakota admits the allegations in Paragraph 81.

82.       North Dakota admits the allegations in Paragraph 82.

### CLAIM 24: EPA FAILURE TO ACT ON NEW HAMPSHIRE HAZE PLAN

83.       North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 83.

84.       North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 84.

85.       North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 85.

### CLAIM 25: EPA FAILURE TO ACT ON NEVADA HAZE PLAN

86.       North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 86.

87.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 87.

88.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 88.

## CLAIM 26: EPA FAILURE TO ACT ON OKLAHOMA HAZE PLAN

89.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 89.

90.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 90.

91.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 91.

## CLAIM 27: EPA FAILURE TO ACT ON OREGON HAZE PLAN

92.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 92.

93.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 93.

94.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 94.

## CLAIM 28: EPA FAILURE TO ACT ON SOUTH CAROLINA HAZE PLAN

95.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 95.

96.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 96.

11

97.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 97.

## CLAIM 29: EPA FAILURE TO ACT ON SOUTH DAKOTA HAZE PLAN

98.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 98.

99.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 99.

100.    North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 100.

## CLAIM 30: EPA FAILURE TO ACT ON TENNESSEE HAZE PLAN

101.    North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 101.

102.    North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 102.

103.    North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 103.

## CLAIM 31: EPA FAILURE TO ACT ON UTAH HAZE PLAN

104.    North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 104.

105.    North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 105.

106.    North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 106.

## CLAIM 32: EPA FAILURE TO ACT ON WASHINGTON HAZE PLAN

107.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 107.

108.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 108.

109.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 109.

## CLAIM 33: EPA FAILURE TO ACT ON WEST VIRGINIA HAZE PLAN

110.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 110.

111.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 111.

112.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 112.

## CLAIM 34: EPA FAILURE TO ACT ON WYOMING HAZE PLAN

113.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 113.

114.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 114.

115.     North Dakota lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 115.

## ALLEGATIONS OF INJURY

116.     The allegations in Paragraph 116 purport to characterize the Clean Air Act's haze

13

program, which speaks for itself and is the best evidence of its contents; therefore, no response is required.

117.    The allegations in Paragraph 117 purport to characterize documents or the contents of documents that speak for themselves and are therefore the best evidence of their contents; therefore, no response is required.

118.    The allegations in Paragraph 118 purport to characterize documents or the contents of documents that speak for themselves and are therefore the best evidence of their contents; therefore, no response is required.

119.    The allegations in Paragraph 119 purport to characterize documents or the contents of documents that speak for themselves and are therefore the best evidence of their contents; therefore, no response is required.

120.    The allegations in Paragraph 120 purport to characterize documents or the contents of documents that speak for themselves and are therefore the best evidence of their contents; therefore, no response is required.

121.    The allegations in Paragraph 121 purport to characterize documents or the contents of documents that speak for themselves and are therefore the best evidence of their contents; therefore, no response is required.

122.    The allegations in Paragraph 122 purport to characterize documents or the contents of documents that speak for themselves and are therefore the best evidence of their contents; therefore, no response is required.

123.     The allegations in Paragraph 123 purport to characterize the Clean Air Act's haze program, which speaks for itself and is the best evidence of its contents; therefore, no response is required.

124.     North Dakota admits that it has submitted its regional haze plan for EPA Review, and that EPA has not taken final action approving or disapproving North Dakota's regional haze plan. North Dakota lacks knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 124 as to other states named in Plaintiffs' Amended Complaint.

125.     The allegations in Paragraph 125 constitute conclusions of law, to which no response is required.

126.     The allegations in Paragraph 126 constitute conclusions of law, to which no response is required.

127.     The allegations in Paragraph 127 constitute conclusions of law, to which no response is required.

128.     The allegations in Paragraph 128 constitute conclusions of law, to which no response is required.

129.     The allegations in Paragraph 129 constitute conclusions of law, to which no response is required.

130.     The allegations in Paragraph 130 constitute conclusions of law, to which no response is required.

**RELIEF REQUESTED**

The remainder of the Complaint constitutes Plaintiffs' request for relief, to which no response is required.

**GENERAL DENIAL**

North Dakota denies every allegation in the Complaint not expressly admitted above, including any for which North Dakota deems no response is required (should the Court determine otherwise).

**AFFIRMATIVE DEFENSES**

1.      The Complaint fails to state a claim upon which relief can be granted.

2.      Plaintiffs lack standing.

3.      Plaintiffs have failed to exhaust their administrative remedies.

4.      Plaintiffs have failed to state a claim under the Clean Air Act for which relief can be granted.

5.      North Dakota incorporates by reference all defenses raised by any other Defendant in this case.

6.      North Dakota reserves the right to further amend these pleadings and to add such further affirmative defenses as discovery and development of the case may disclose.

Respectfully submitted this 9th day of January 2024.

DREW H. WRIGLEY
ATTORNEY GENERAL
STATE OF NORTH DAKOTA

/s/ *Paul M. Seby*
Paul M. Seby
Special Assistant Attorney General
Greenberg Traurig, LLP
1144 15th St, Suite 3300
Denver, CO 80202
Phone: (303) 572-6584
Email: sebyp@gtlaw.com

Erik P. Wallevand
Assistant Attorney General
500 N. 9th Street
Bismarck, ND 58501-4509
Phone: (701) 328-4768
Email: ewallevand@nd.gov

COUNSEL FOR INTERVENOR-
DEFENDANT THE STATE OF NORTH
DAKOTA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of January 2024, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ Paul M. Seby* _____