UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants. | No. 1:23-cv-01744-JDB |

NOTICE OF STIPULATION

  On July 12, 2024, the Court approved and entered a Consent Decree setting deadlines for the United States Environmental Protection Agency ("EPA") to take certain actions under section 110(k)(2)-(4) of the CAA, 42 U.S.C. § 7410(k)(2)-(4).  ECF No. 53.  The Consent Decree requires EPA to, among other things, "sign a notice of final rulemaking to approve, disapprove, conditionally approve, or approve in part and disapprove in part" certain State Implementation Plan ("SIP") Regional Haze Plan revision submissions.  ECF No. 53-1 ¶ 3(b). Paragraph 7 of the Consent Decree permits the deadlines in the Consent Decree to be extended "by written stipulation of Plaintiffs and EPA with notice to the Court."  ECF No. 53-1 ¶ 7.  The attached Stipulation is the Parties' written agreement to extend the final action deadlines, as specified in the Stipulation, for the South Dakota, Indiana, Colorado, South Carolina, Tennessee, Texas and Hawaii SIP Regional Haze Plan revision submissions.

For Plaintiffs

             */s/ Joshua D. Smith*
             Joshua D. Smith
             Sierra Club
             2101 Webster Street, Suite 1300

        Oakland, CA 94612
        (415) 977-5560
        joshua.smith@sierraclub.org

Dated: June 16, 2025

For Defendants        ADAM R.F. GUSTAFSON
        ACTING ASSISTANT ATTORNEY GENERAL
        Environment & Natural Resources Division

        */s/ Shari Howard*
        Shari Howard
        U.S. Department of Justice
        Environment & Natural Resources Division
        Environmental Defense Section
        P.O. Box 7611
        Washington, D.C. 20044
        (202) 598-9407
        shari.howard@usdoj.gov

Dated: June 25, 2025