UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants. | No. 1:23-cv-01744-JDB |

**STIPULATION**

In accordance with paragraph 7 of the Consent Decree, ECF No. 53-1 ¶ 7, it is hereby stipulated between the Parties that the United States Environmental Protection Agency's ("EPA") deadlines in paragraph 3(b) of the Consent Decree to "sign a notice of final rulemaking to approve, disapprove, conditionally approve, or approve in part and disapprove in part" certain State Implementation Plan ("SIP") Regional Haze Plan revision submissions under Clean Air Act section 110(k)(2)-(4), 42 U.S.C. § 7410(k)(2)-(4), are extended as follows:

| SIP Regional Haze Plan Revision Submission | Consent Decree ¶ 3(b) Deadline ECF No. 53-1 ¶ 3(b) | Extended Deadline |
|---|---|---|
| South Dakota | July 31, 2025 | August 29, 2025 |
| Indiana | August 1, 2025 | December 1, 2025 |
| Colorado | July 31, 2025 | November 28, 2025 |
| South Carolina | July 31, 2025 | November 28, 2025 |
| Tennessee | July 31, 2025 | November 28, 2025 |
| Texas | August 28, 2025[1] | October 27, 2025 |

---

[1] EPA's final action deadline for the Texas Regional Haze Plan revision submittal was extended from May 30, 2025, to August 28, 2025, by this Court's March 20, 2025 Order granting "EPA's

1

| Hawaii | September 30, 2025 | December 19, 2025 |

For Plaintiffs

/s/ Joshua D. Smith
Joshua D. Smith
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5560
joshua.smith@sierraclub.org

Dated:  June 16, 2025

For Defendants

ADAM R.F. GUSTAFSON
ACTING ASSISTANT ATTORNEY GENERAL
Environment & Natural Resources Division

/s/ Shari Howard
Shari Howard
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-9407
shari.howard@usdoj.gov

Dated:  June 25, 2025

---

motion for extension of time to comply with certain of the consent decree's deadlines," ECF No. 68 at 10-11.  EPA has agreed to extend the comment period for the proposed rule for Texas from June 23, 2025, to July 23, 2025.

2