UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SIERRA CLUB, et al.,**<br><br>   **Plaintiffs,**<br><br>   v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,**<br><br>   **Defendants.** | Civil Action No. 23-1744 (JDB) |

### ORDER

Upon consideration of [57] the Plaintiffs' motion for attorney's fees, and the entire record herein, and for the reasons laid out in the accompanying memorandum opinion, it is hereby

**ORDERED** that [57] the Plaintiffs' motion for attorney's fees is **GRANTED IN PART**; and it is further

**ORDERED** that the Defendants shall pay the Plaintiffs $99,343.43 in attorney's fees and costs.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: July 25, 2025